**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000029
04-APR-2025
08:14 AM
Dkt. 14 ODMR**

NO. CAAP-25-0000029

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TREVOR STEPHENS, Plaintiff-Appellee, v.
ARON DEUTSCH and EMILY WESSEL, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NO. 3DRC-24-0000724)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

On March 28, 2025, self-represented Defendants-Appellants Aron Deutsch and Emily Wessel (together, **Tenants**) filed a Motion to Reconsider and Reinstate (**Motion**). The Motion requests reconsideration of our February 5, 2025 Order Dismissing Appeal for Lack of Jurisdiction. Alternatively, Tenants request leave to file another appeal to seek review of a January 15, 2025 interlocutory order of the District Court of the Third Circuit, Kona Division.

Hawaiʻi Rules of Appellate Procedure Rule 40(a) provides that a motion for reconsideration may be filed by a party only within ten days after the filing of the order. To the extent that Tenants seek reconsideration of our February 5, 2025 order, the Motion is untimely.

Tenants also seek leave to file another appeal to obtain appellate review of the district court's January 15, 2025 interlocutory order. That request is not properly before this court and must be denied. We take judicial notice, however, under Rule 201 of the Hawaiʻi Rules of Evidence, that on March 25, 2025, Tenants appealed from the district court's March 25, 2025 writ of possession and judgment for possession, and that appeal is pending with this court in CAAP-25-0000246. Tenants may seek appellate review of interlocutory orders, including the January 15, 2025 interlocutory order, in CAAP-25-0000246.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, April 4, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge